**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1307**

———————

ALLEN OGDEN,

Plaintiff - Appellant,

versus

MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND,
a Municipal Corporation; RONALD DANIELS,
Acting Commissioner Baltimore City Police
Department; STEVEN MCMAHAN, Major,
Individually and in his official capacity;
CARL BROWN, Major, Individually and in his
official capacity; THOMAS MARCUZZI, Detective,
Individually and in his official capacity;
RONALD BURGER, Sergeant, Individually and in
his official capacity; JAMES KELLER, Sergeant,
Individually and in his official capacity;
PATRICK ROWE, a/k/a Scotty, Individually and
in his official capacity; TIMOTHY GODWINN,
Officer, Individually and in his official
capacity; WILLIAM KING, Officer, Individually
and in his official capacity; JOHN JACKSON,
Officer, Individually and in his official
capacity; THE STATE OF MARYLAND; EDWARD T.
NORRIS, JR., Commissioner,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
579-L)

———————

Submitted: August 27, 2002        Decided: October 16, 2002

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen Ogden, Appellant Pro Se.  William Rowe Phelan, Jr, CITY OF
BALTIMORE LAW DEPARTMENT, Baltimore, Maryland; Patricia Anne Smith,
BALTIMORE POLICE DEPARTMENT, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Allen Ogden appeals the district court's order denying relief
on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the
record and the district court's opinion and find no reversible
error.  Accordingly, we affirm on the reasoning of the district
court.  See Ogden v. Mayor and City Council of Baltimore, No. CA-
00-579-L (D. Md. Feb. 14, 2002).  We dispense with oral argument
because the facts and legal contentions are adequately presented in
the materials before the court and argument would not aid the
decisional process.

AFFIRMED